

# IN THE
## TENTH COURT OF APPEALS

**No. 10-21-00097-CR**
**No. 10-21-00103-CR**

## EX PARTE RILEY SMITH

**From the 440th District Court**
**Coryell County, Texas**
**Trial Court Nos. 20-26,318 and 19-25,749**
**Writ No. DC-21-52,105**

## MEMORANDUM OPINION

In two appeals, Riley Smith attempts to contest the trial court's decision to deny Smith's petition for writ of habeas corpus, case number DC-21-52,105, which challenged the amount of bail in two criminal cases.[1]  Because the "order" complained of is only a docket entry, there is no final order to be appealed.  *See* TEX. R. APP. P. 26.2 (a); *see also Stark v. Miller*, 63 Tex. 164 (1885) (entries made by a trial judge on his docket form no part of the record).

---

[1] Generally, a writ application should be filed with regard to each proceeding in which the amount of bail, or the failure to set, is contested.  Bail in each criminal proceeding should stand on its own and be challenged separately.  Thus, the best procedure would be an application, record, and order in each of the two criminal proceedings rather than having multiple criminal proceedings being the subject of a single writ proceeding.

Accordingly, these appeals are dismissed for want of jurisdiction without prejudice to Smith filing a new notice of appeal if a written order is signed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Neill, and
     Justice Johnson
Appeals dismissed
Opinion delivered and filed May 12, 2021
Do not publish
[OT06]

